J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)

■ In the Matter of JULIA C. PARR, Appellant, v RICHARD ROMEO et al., Constituting the Onondaga County Board of Elections, et al., Respondents. (Appeal No. 1.)—Order unanimously affirmed without costs *(see, Matter of Goodman v Hayduk,* 45 NY2d 804; *Matter of Callahan v Russo,* 123 AD2d 518). (Appeal from order of Supreme Court, Onondaga County, Gilbert, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)

■ In the Matter of JULIA C. PARR, Appellant, v RICHARD ROMEO et al., Constituting the Onondaga County Board of Elections, et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs *(see, Matter of Goodman v Hayduk,* 45 NY2d 804; *Matter of Callahan v Russo,* 123 AD2d 518). (Appeal from order of Supreme Court, Onondaga County, Gilbert, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)

■ In the Matter of JOHN C. SCHOONMAKER, Appellant, v RICHARD A. ROMEO et al., Constituting the Board of Elections of the County of Onondaga, et al., Respondents.—Order unanimously reversed on the law without costs and petition granted *(see, Matter of Pecoraro v Mahoney,* 65 NY2d 1026). (Appeal from order of Supreme Court, Onondaga County, Gilbert, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)

■ In the Matter of EUGENE C. COLELLO, Appellant, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents, and ROBERT E. WHELAN, Appellant.—Order unanimously affirmed without costs. (Appeals from order of Supreme Court, Erie County, Fallon, J. —Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)

■ In the Matter of RAYMOND W. KOLODZIEJ, Appellant-Respondent, v PHILIP D. SMOLINSKI et al., Constituting the Board of Elections of Erie County, Respondents, and STEVEN PIGEON, Respondent-Appellant. In the Matter of RAYMOND W. KOLODZIEJ, Appellant-Respondent, v PHILIP D. SMOLINSKI et al., Constituting the Board of Elections of Erie County, Respondents, and STEVEN PIGEON, Respondent-Appellant.—Order unanimously affirmed without costs. (Appeals from order of Supreme Court, Erie County, Fallon, J.—Election Law.) Pres-